Tyler M. Hinckley
Montoya Hinckley PLLC
4301 Tieton Drive
Yakima, WA 98908
Attorneys for Plaintiff
Phone: (509) 895-7373
Fax: (509) 895-7015
tyler@montoyalegal.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NARCEASEUS FIANDER, an individual<br>Plaintiff,<br>vs.<br>MXR IMAGING, INC., a California corporation, and JOHN McBRIDE, an individual,<br>Defendants. | Case No.: 1:21-cv-3036<br><br>COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |

Plaintiff Narceaseus Fiander alleges:

## I.   PARTIES

1. Narceaseus Fiander is a citizen of the United States of America and a resident of the state of Washington. He resides in Yakima County, Washington.

2. MXR Imaging, Inc. ("MXR") is a California Corporation that is headquartered in San Diego County, California, that was conducting business in

COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL - 1

Yakima County, Washington as of March 12, 2018, and that continues to conduct business in Yakima County, Washington.

3. MXR was formerly known as Merry X-Ray Chemical Corporation ("Merry X-Ray"). On December 19, 2019, Merry X-Ray filed with the California Secretary of State a Certificate of Amendment of Articles of Incorporation stating that Merry X-Ray amended its articles of incorporation to change its name to MXR Imaging, Inc.

4. SourceOne Healthcare Technologies, Inc. ("SourceOne") was a Florida corporation and a wholly owned subsidiary of Merry X-Ray.

5. On December 18, 2019, Merry X-Ray filed with the California Secretary of State a Certificate of Ownership certifying that Merry X-Ray owned 100% of the outstanding shares of SourceOne, and that the Merry X-Ray's Board of Directors adopted a resolution that Merry X-Ray Chemical Corporation merge its wholly-owned subsidiary, SourceOne, into Merry X-Ray and that Merry X-Ray would assume all of SourceOne's obligations under California Corporations Code section 110. The Certificate of Ownership states that SourceOne's merger into Merry X-Ray was effective December 31, 2019.

6. On or about December 19, 2019, SourceOne filed with the Florida State Division of Corporations Articles of Merger of SourceOne Technologies,

COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL - 2

Inc., a Florida Corporation, into Merry X-Ray Chemical Corporation, a California Corporation, margining SourceOne into Merry X-Ray.

7.   On or about April 15, 2020, SourceOne filed Articles of Merger with the Washington State Secretary of State merging SourceOne into Merry X-Ray.  On April 15, 2020, the Washington State Secretary of State issued a Certificate of Merger certifying that documents meeting statutory requirements have been filed and processed with the Washington Secretary of State merging SourceOne into Merry X-Ray.

8.   On or about April 27, 2020, Merry X-Ray filed an Amendment of Foreign Registration Statement with the Washington State Secretary of State notifying the Secretary of State that Merry X-Ray was changing its name to MXR Imaging, Inc.

9.   John McBride is a citizen of the United States of America and a resident of the state of Oregon.  He resides in Clackamas County, Oregon.  At all times relevant to this Complaint, Mr. McBride was an employee of Merry X-Ray, SourceOne, and/or MXR.

## II.   JURISDICTION AND VENUE

COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL - 3

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**

10. The United States District Court for the Eastern District of Washington has jurisdiction under 28 U.S.C. §1332(a)(1) because the amount in controversy exceeds $75,000, and the parties are citizens of different states.

11. The United States District Court for the Eastern District of Washington is the proper venue under 28 U.S.C. § 1391(b)(2) because the motor vehicle accident giving rise to Mr. Fiander's claims occurred in the Eastern District of Washington. Venue in this Court is also proper under 28 U.S.C. §1391(b)(1) because MXR conducts, and Merry X-Ray and SourceOne have conducted, business in the Eastern District of Washington and MXR is subject to this Court's personal jurisdiction.

### III.   FACTS

12. On March 12, 2018, John McBride was driving south on State Route 97, in Wapato, Washington, when he failed to stop at a red light at the intersection of State Route 97 and West Wapato Road and collided with Mr. Fiander's vehicle as Mr. Fiander was traveling through the intersection on West Wapato Road. Mr. Fiander had a green light.

13. Mr. McBride was solely at fault in the accident.

14. As a direct and proximate result of the accident, Mr. Fiander was seriously injured.

COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL - 4

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**

15. SourceOne was the registered owner of the vehicle that John McBride was driving at the time of the March 12, 2018 motor vehicle accident that caused Mr. Fiander's injuries.

16. Mr. McBride was acting within the scope and course of his job duties and authority as an employee of Merry X-Ray, SourceOne, and/or MXR at the time of the accident.

17. Mr. Fiander's 6-year-old son was also seriously injured in the accident. Mr. Fiander's son's claims against the Defendants have been resolved.

### IV. NEGLIGENCE

18. Mr. McBride had a duty to avoid causing a collision with Mr. Fiander. Mr. McBride breached that duty when he failed to stop at the red light at the intersection of State Route 97 and West Wapato Road on March 12, 2018 and caused a collision with Mr. Fiander.

19. As a direct and proximate result of Mr. McBride's negligence, Mr. Fiander has suffered general and special damages in an amount that exceeds $75,000.

20. MXR is liable to Mr. Fiander for Mr. McBride's negligence because Mr. McBride's was acting within the scope and course of his job duties with SourceOne and/or Merry X-Ray at the time that he caused the accident.

COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL - 5

21. MXR is liable for the obligations and liabilities of Merry X-Ray and SourceOne as a result of SourceOne's merger into Merry X-Ray and Merry X-Ray's name change to MXR.

22. Mr. Fiander's general damages include pain and suffering, disfigurement, emotional distress, mental anguish, inconvenience, and loss of enjoyment of life.

23. Mr. Fiander incurred special damages as a result of the accident, including expenses related to medical treatment that he received as a result of the accident in excess of $100,000.  He has also incurred out-of-pocket expenses related to medical appointments necessitated by the accident, and lost wages and benefits.

24. Mr. Fiander is also claiming special damages related future medical expenses and lost future earning capacity that he will likely incur as a result of the accident.

## V.    DEMAND FOR JURY

25. Mr. Fiander demands a jury trial pursuant to Fed. R. Civ. P. 38.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Mr. Fiander prays for relief as follows:

COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL - 6

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**

1. For an award of damages against the Defendants, jointly and severally, for general damages, including emotional distress, disfigurement, pain and suffering, mental anguish, inconvenience, and loss of enjoyment of life;

2. For an award of damages against the Defendants, jointly and severally, for special damages including expenses related to medical treatment that Mr. Fiander received as a result of the accident, including future medical expenses, out-of-pocket expenses related to medical appointments necessitated by the accident, lost wages and benefits, and lost future earning capacity;

3. For prejudgment interest on any award of lost wages and benefits, and on any other liquidated damage amount;

4. For interest on any judgment entered in Mr. Fiander's favor in the maximum amount allowed by law;

5. For an award of costs and reasonable attorney fees as allowed by the laws of the state of Washington, the United States of America, and the Federal Rules of Civil Procedure; and

6. For such other and further relief as the court may deem just and equitable.

COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL - 7

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**

DATED this 5th day of March, 2021.

>s/ Tyler M. Hinckley, WSBA No. 37143
>MONTOYA HINCKLEY PLLC
>*Attorneys for Plaintiff*
>4301 Tieton Drive
>Yakima, Washington 98908
>Telephone: (509) 895-7373
>Fax: (509) 895-7015
>Email: tyler@montoyalegal.com

COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL - 8

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**