FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NARCEASEUS FIANDER, an individual, <br><br>   Plaintiff, <br><br>   v. <br><br> MXR IMAGING, INC., a California corporation; and JOHN MCBRIDE, an individual, <br><br>   Defendants. | No. 1:21-CV-3036-SAB <br><br> **ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 16. The parties indicate that this matter has been resolved and request the Court to dismiss the case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby accepts the stipulation and dismisses the action.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 16, is **GRANTED**.

2. The above-captioned case and all claims asserted therein are **DISMISSED with prejudice**, with each party to bear its own fees and costs.

3. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 19th day of April 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** *2